FILED BY_____ D.C.

# UNITED STATES DISTRICT COURT

05 JUL 11 AM 8:20

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Thomas M. Gould
Clerk of Court

Memphis          901-495-1200
Fax              901-495-1250
Jackson          901-427-6586
Fax              901-427-9210

DATE:      July 11, 2005

NOTICE TO ALL PARTIES

RE:        CRIMINAL CASE NO.  2:05cr20166
           UNITED STATES OF AMERICA vs. Tangia Walker

  ____     RULE 20 (Consent to Transfer of Case for Plea and Sentence)

  XX       RULE 40 TRANSFER

Documents, Petition for Removal Hearing, Waiver of Rule 5(c)(3) Hearing, Order Holding Defendant To Answer And To Appear In District of Prosecution, Appearance Bond, Order Setting Conditions of Release, Order of Temporary Detention Pending Hearing, Appointment of Federal Defender Office, and docket sheet as to the above-named defendant, have been received from the United States District Court, Eastern District of Michigan. Please refer to document #6 in the case record.

                                    Sincerely,

                                    Thomas M. Gould,
                                    Clerk of Court

                                    BY: _____
                                        Deputy Clerk

cc: Mag. Tu M. Pham
    Casemanager



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CR-20166 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT