In the United States District Court

for the ____Western____ District of ____Tennessee____

United States of America

v.

Tangia Walker

Criminal No. 05-20166

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, ____Tangia Walker____, defendant, have been informed that a ____indictment____ ( *indictment, information, complaint* ) is pending against me in the above designated cause. I wish to plead ____guilty____ ( *guilty, nolo contendre* ) to the offense charged, to consent to the disposition of the case in the ____Eastern____ District of ____Michigan____ in which I ____reside____ ( *am under arrest, am held* ) and to waive trial in the above captioned District.

Dated: _September 12, 2005_ at _____

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

Approved

_____                          _____
United States Attorney for the                  United States Attorney for the

Western                         District of     Eastern                         District of

Tennessee                                       Michigan

Original Copy

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20166 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT